UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN RUSHING, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 10-cv-507-JPG-PMF |
| GARY ANDREW GERST, *Physician Assistant,* *Pinckneyville Correctional Center*, | ) ) ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff John Rushing's *pro se* Motion for Extension of Time (Doc. 15). Specifically, Rushing seeks additional time in which to file a certified copy of his trust fund account statement for the six-month period preceding the filing of his Complaint (Doc. 1). On March 11, 2011, the Court ordered Rushing to submit said document so that it could rule on his Motion for Leave to Proceed *in Forma Pauperis* (Doc. 9).

Being fully advised of the premises, especially the fact that Rushing only recently received the aforesaid Memorandum and Order (Doc. 12) of March 11, the Court **GRANTS** the instant motion (Doc. 15). The Court **ORDERS** that Rushing shall have up to and including April 8, 2011, to file the requisite copy of his trust fund account statement.

**IT IS SO ORDERED.**
**DATED: March 22, 2011**

                                                                                      s/ J. Phil Gilbert
                                                                                      **J. PHIL GILBERT**
                                                                                      **DISTRICT JUDGE**