IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN RUSHING,

    Plaintiff,

  v.

GARY ANDREW GERST, *et al.,*

    Defendants,

Case No. 3:10-cv-00507-JPG

This matter having come before the Court and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Gary Andrew Gerst and against plaintiff John Rushing on all claims. Defendants A. Bruns, Crisey Fenton, Greg Schwartz, J. Miller, Joseph Burke, and M. Dolce were dismissed with prejudice on February 23, 2011.

The case is DISMISSED WITH PREJUDICE.

                                                                       **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                                       **By:s/Deborah Agans, Deputy Clerk**

**Date:  March 27, 2012**

**APPROVED**: s./ J. Phil Gilbert

                **J. PHIL GILBERT, DISTRICT JUDGE**